IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AASIM IBN WILLIE NASH** : | | **CIVIL ACTION** |
| *Plaintiff* : | | |
| : | | |
| **v.** : | | **NO. 22-CV-0524** |
| : | | |
| **PHILA. PUBLIC DEFENDERS ASSOC.,** : | | |
| *Defendant* : | | |

**O R D E R**

**AND NOW**, this 1st day of March, 2022, upon consideration of Plaintiff Aasim Ibn Willie Nash's Motion to Proceed *In Forma Pauperis* (ECF No. 5), *pro se* Complaint (ECF No. 2), and Motion to Strike (ECF No. 6) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED, with prejudice,** for the reasons set forth in the accompanying Memorandum.

4. The Motion to Strike is **DENIED**.

5. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

6. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*